**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ROGER LEMASTER**                                                                                          **PETITIONER**
**ADC #147841**

**VS.**                                              **5:16-cv-00035-BRW-JTK**

**WENDY KELLEY, Director,**                                                                         **RESPONDENT**
**Arkansas Department of Correction**

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a careful review of the findings and recommendations and the timely objections, as well as a de novo review of the record, the Court approves and adopts the findings and recommendations in their entirety.

Except for the ineffective assistance of counsel claim for failing to call Becky Lemaster as a witness during his case-in-chief, all claims in Mr. Lemaster's petition for a writ of habeas corpus are dismissed.

IT IS SO ORDERED this 2nd day of June, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE