IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROGER LEMASTER                                                           PETITIONER

VS.                              No. 5:16-CV-00035-BRW-JTK

WENDY KELLEY, *Director*
Arkansas Department of Correction                                        RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly. A certificate of appealability will not issue on the remaining issue.

IT IS SO ORDERED this 15th day of June, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE